UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

REYNORE CHRISTIE,

    Plaintiff,

    -against-

LONG ISLAND RAIL ROAD,

    Defendant.

------------------------------------------------------------

20 CV 247 (MKB)(MMH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

COUNTY OF QUEENS

The undersigned, being duly sworn, deposes and says: on September 15, 2021, I sent 1459 pages of documents to Reynore Christie at the following address via UPS:

 Reynore Christie
 175 Sea Grass Lane
 Arverne, NY 11692

A true and correct copy of the UPS Delivery Notification and the accompanying cover letter is attached hereto as Exhibits A and B, respectively.

           _____
           SAMUEL VEYTSMAN

Sworn to before me this
17th day of September, 2021

_____
Notary Public

ALVIN NESBOT
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01NE6140342
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES JANUARY 23, 2022