UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------

REYNORE CHRISTIE,

    Plaintiff,

  -against-

LONG ISLAND RAIL ROAD,

    Defendant.

---------------------------------------------------------------

20 CV 247 (MKB)(MMH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

COUNTY OF QUEENS

The undersigned, being duly sworn, deposes and says: on October 19, 2021, Long Island Rail Road staff uploaded 1459 pages of documents onto a ShareFile file, and, at 2:19 p.m. on said date, I emailed a link to this file to Reynore Christie at eronyer@hotmail.com.

Prior to sending the email, I confirmed that the link was functioning.

               SAMUEL VEYTSMAN

Sworn to before me this
21st day of October, 2021

Notary Public

ALVIN NESBOT
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01NE6140342
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES JANUARY 23 2022